

RECEIVED
JUL 14 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENENTECH, INC. and
ROCHE PALO ALTO LLC,

    Plaintiff,

v.

SANDOZ INC.,

    Defendant.

CASE NO. 11-CV-1925-JSW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

VINCENT L. CAPUANO, whose business address and telephone number is DUANE MORRIS LLP, 470 Atlantic Avenue, Suite 500, Boston, Massachusetts, 02210-2243; 857-488-4200

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant, Sandoz Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL 20 2011

_____
United States District Judge
Jeffrey S. White