1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and<br>ROCHE PALO ALTO LLC,<br><br>                     Plaintiffs,<br><br>  v.<br><br>SANDOZ INC.<br><br>                     Defendant. | Case No. 3:11-cv-01925-JSW<br>Related Case No. 3:11-cv-02410-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER**<br>**TO EXTEND ADR DEADLINE**<br><br>Ctrm:   11, 19th Floor<br>Judge:  Honorable Jeffrey S. White |

1     WHEREAS, on July 25, 2011, the Court entered the parties' Stipulation and Order Selecting ADR Process, by which the parties agreed to participate in private ADR by means of direct discussions between the parties;

    WHEREAS, the parties are not ready to discuss settlement because discovery has not progressed far enough to inform the parties' settlement positions;

    WHEREAS the parties, through counsel, stipulate that good cause exists to continue the deadline for participating in private ADR from October 24, 2011, up to and including January 31, 2012.

    Accordingly, by the United States District Court for the Northern District of California, it is ORDERED:

    The parties shall have up to and including January 31, 2012 to participate in private ADR by means of direct discussions between the parties.

**Stipulated to and Agreed:**

| */s/ Joshua H. Lerner* | */s/ Jessica E. LaLonde* |
|---|---|
| JOSHUA H. LERNER | JESSICA E. LALONDE |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>STEPHEN S. RABINOWITZ<br>srabinowitz@friedfrank.com<br>RANDY C. EISENSMITH (*Pro Hac Vice*)<br>randy.eisensmith@friedfrank.com<br>ONE NEW YORK PLAZA<br>NEW YORK, NEW YORK 10004-1980<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br><br>DURIE TANGRI LLP<br>DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com<br>JOSHUA H. LERNER (SBN 220755)<br>jlerner@durietangri.com<br>GENEVIEVE P. ROSLOFF (SBN 258234)<br>grosloff@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: 415-362-6666<br>Facsimile: 415-236-6300<br><br>Attorneys for Plaintiffs<br>GENENTECH, INC. and ROCHE PALO ALTO LLC<br><br>Dated: October 24, 2011 | DUANE MORRIS LLP<br>JESSICA E. LALONDE (SBN 235744)<br>jelalonde@duanemorris.com<br>Spear Tower<br>One Market Plaza<br>San Francisco, CA 94105-1127<br>Telephone: 415.957.3000<br>Facsimile: 415.9573001<br>RICHARD T. RUZICH (*Pro Hac Vice*)<br>rtruzich@duanemorris.com<br>ROBERT M. GOULD (*Pro Hac Vice*)<br>rmgould@duanemorris.com<br>VINCENT L CAPUANO (*Pro Hac Vice*)<br>vcapuano@duanemorris.com<br>LAURA A. VOGEL (*Pro Hac Vice*)<br>lavogel@duanemorris.com<br>Telephone: 312.443.0700<br>Facsimile: 312.443.0336<br><br>Attorneys for Defendant<br>SANDOZ INC.<br><br>Dated: October 24, 2011 |

**ATTESTATION**

I, Joshua H. Lerner, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant Sandoz Inc. has concurred in this filing.

               _/s/ Joshua H. Lerner_
               Joshua H. Lerner

**SO ORDERED** this 25th day of October 2011:

        _/s/ Jeffrey S. White_
        Jeffrey S. White
        United States District Judge