1
2
3
4
5
6
7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 11 GENENTECH, INC. and <br> ROCHE PALO ALTO LLC, <br> 12 <br> 13            Plaintiffs, <br> 14   v. <br> SANDOZ INC. <br> 15 <br> 16            Defendant. | Case No. 3:11-cv-01925-JSW <br> Related Case No. 3:11-cv-02410-JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE** <br><br> Ctrm:  11, 19th Floor <br> Judge: Honorable Jeffrey S. White |

17
18
19
20
21
22
23
24
25
26
27
28

1  WHEREAS, on July 25, 2011, the Court entered the parties' Stipulation and Order Selecting ADR Process, by which the parties agreed to participate in private ADR by means of direct discussions between the parties;

WHEREAS, the Court has previously extended this deadline one time from October 24, 2011 to January 31, 2012;

WHEREAS, the parties have been unable to meet due to scheduling issues for the necessary participants;

WHEREAS the parties, through counsel, stipulate that good cause exists to continue the deadline for participating in private ADR for one month from January 31, 2012, up to and including March 1, 2012.

Accordingly, by the United States District Court for the Northern District of California, it is ORDERED:

The parties shall have up to and including March 1, 2012 to participate in private ADR by means of direct discussions between the parties.

**Stipulated to and Agreed:**

| */s/ Joshua H. Lerner* | */s/ Jessica E. LaLonde* |
|---|---|
| JOSHUA H. LERNER | JESSICA E. LALONDE |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>STEPHEN S. RABINOWITZ<br>srabinowitz@friedfrank.com<br>RANDY C. EISENSMITH (*Pro Hac Vice*)<br>randy.eisensmith@friedfrank.com<br>ONE NEW YORK PLAZA<br>NEW YORK, NEW YORK 10004-1980<br>Telephone:   (212) 859-8000<br>Facsimile:    (212) 859-4000<br><br>DURIE TANGRI LLP<br>DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com<br>JOSHUA H. LERNER (SBN 220755)<br>jlerner@durietangri.com<br>GENEVIEVE P. ROSLOFF (SBN 258234)<br>grosloff@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>Telephone:    415-362-6666<br>Facsimile:    415-236-6300 | DUANE MORRIS LLP<br>JESSICA E. LALONDE (SBN 235744)<br>jelalonde@duanemorris.com<br>Spear Tower<br>One Market Plaza<br>San Francisco, CA 94105-1127<br>Telephone: 415.957.3000<br>Facsimile: 415.9573001<br>KERRY B. MCTIGUE (*Pro Hac Vice*)<br>kbmctigue@duanemorris.com<br>RICHARD T. RUZICH (*Pro Hac Vice*)<br>rtruzich@duanemorris.com<br>ROBERT M. GOULD (*Pro Hac Vice*)<br>rmgould@duanemorris.com<br>VINCENT L CAPUANO (*Pro Hac Vice*)<br>vcapuano@duanemorris.com<br>LAURA A. VOGEL (*Pro Hac Vice*)<br>lavogel@duanemorris.com<br>Telephone: 312.443.0700 |

| | |
|---|---|
| Attorneys for Plaintiffs<br>GENENTECH, INC. and ROCHE PALO ALTO LLC | Facsimile: 312.443.0336<br><br>Attorneys for Defendant<br>SANDOZ INC. |
| Dated: January 30, 2011 | Dated: January 30, 2011 |

## ATTESTATION

I, Joshua H. Lerner, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant Sandoz Inc. has concurred in this filing.

              */s/ Joshua H. Lerner*
              Joshua H. Lerner

**SO ORDERED** this 1st day of February 2011:

_____
Jeffrey S. White
United States District Judge