Erik L. Jackson (SBN 166010)
**COZEN O'CONNOR**
601 S. Figueroa Stret, Suite 3700
Los Angeles, CA 90017
Telephone: 213-892-7961
Facsimile: 866-484-0947
E-mail: ejackson@cozen.com
Attorneys for Defendant and Counterclaimant
SANDOZ, INC.

Jessica E. La Londe (SBN 235744)
Vicki Norton
**DUANE MORRIS** LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Facsimile: +1 415 957 3001
E-mail: jelalonde@duanemorris.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and ROCHE PALO ALTO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 11-CV-1925 JSW<br>Related Case No.: 11-CV-2410 JSW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT SANDOZ, INC. AND MOTION FOR WITHDRAWAL OF JESSICA LALONDE AS COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT SANDOZ, INC.**<br><br>[Filed And Served With [~~Proposed~~] Order Re Motion For Withdrawal]<br><br>Crtrm.: 11<br>Judge: Jeffrey S. White<br><br>Complaint Filed: April 20, 2011 |

The undersigned hereby consent to the substitution of Erik L. Jackson, Esq., of Cozen O'Connor, 601 S. Figueroa Street, Suite 3700, Los Angeles, CA 90017, as attorneys for Defendant and Counterclaimant Sandoz Inc. ("Sandoz") in the above-captioned matter as of the 24th day of April 2012, in place of Jessica E. LaLonde, Esq. of Duane Morris, LLP, who is hereby withdrawing from the case as counsel for Sandoz.

| WITHDRAWING COUNSEL: | NEW COUNSEL |
|---|---|
| DUANE MORRIS LLP | COZEN O'CONNOR |

By:_____/S/_____    By:_____/S/_____

Jessica E. LaLonde  
Spear Tower  
One Market Plaza, Suite 2200  
San Francisco, CA 94105-1127  
Telephone: +1 415 957 3000  
Facsimile: +1 415 957 3001  
E-mail:    jelalonde@duanemorris.com  

Erik L. Jackson  
601 S. Figueroa Street, Suite 3700  
Los Angeles, CA 90017  
Telephone: 213-892-7961  
Facsimile: 866-484-0947  
E-mail: ejackson@cozen.com  

## ATTESTATION

I, Erik L. Jackson, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that Jessica E. LaLonde has concurred in this filing.

_____/S/_____  
Erik L. Jackson

The above withdrawal of Jessica E. LaLonde as counsel for Defendant Sandoz of counsel is approved and so ORDERED.

DATED: April 25, 2012

*/s/ Jeffrey S. White*

JUDGE OF THE UNITED STATES DISTRICT COURT