FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP
STEPHEN S. RABINOWITZ
srabinowitz@friedfrank.com
RANDY C. EISENSMITH (*Pro Hac Vice*)
randy.eisensmith@friedfrank.com
ONE NEW YORK PLAZA
NEW YORK, NEW YORK 10004-1980
Telephone:    (212) 859-8000
Facsimile:    (212) 859-4000

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
GENEVIEVE P. ROSLOFF (SBN 258234)
grosloff@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Plaintiffs and Counterclaim Defendants
GENENTECH, INC. and ROCHE PALO ALTO LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and<br>ROCHE PALO ALTO, LLC,<br><br>       Plaintiffs and Counterclaim Defendants,<br><br>       v.<br><br>SANDOZ, INC.<br><br>       Defendant and Counterclaim Plaintiff. | Case No. 3:11-cv-01925-JSW<br>Related Case No. 3:11-cv-02410-JSW<br><br>**JOINT ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO COURTROOM FOR CLAIM CONSTRUCTION TUTORIAL ON MAY 23, 2012, CLAIM CONSTRUCTION HEARING ON MAY 30, 2012, AND [PROPOSED] ORDER**<br><br>Date:    May 23, 2012 and May 30, 2012<br>Time:    1:30 p.m.<br>Ctrm:    11, 19th Floor<br>Judge:    Honorable Jeffrey S. White |

GENENTECH, INC. and
ROCHE PALO ALTO LLC,

                              Plaintiffs,

        v.

APOTEX INC.

                              Defendant.

Case No. 3:11-cv-02410-JSW
Related Case No. 3:11-cv-01925-JSW

**JOINT ADMINISTRATIVE REQUEST TO
BRING EQUIPMENT INTO COURTROOM
FOR CLAIM CONSTRUCTION TUTORIAL
ON MAY 23, 2012, CLAIM CONSTRUCTION
HEARING ON MAY 30, 2012, AND
[~~PROPOSED~~] ORDER**

Date:    May 23, 2012 and May 30, 2012
Time:    1:30 p.m.
Ctrm:    11, 19th Floor
Judge:  Honorable Jeffrey S. White

1   The parties by and through their attorneys and agents, move and request as follows:

2   On Wednesday, May 23, 2012 and on Wednesday, May 30, 2012, the parties and their respective

3   counsel of record, their employees and their vendors, may bring into the United States Courthouse,

4   located at 450 Golden Gate Avenue, San Francisco, California, and set up in Courtroom 11 on the 19th

5   floor, certain electronic equipment and other materials may include any of the following:

6       1.    Cables, power strips, extension cords and video switches;

7       2.    Laptop computers (5), one switching device, associated power cords, and cables;

8       3.    Cellular and other mobile telephones and personal data devices such as BlackBerry

9           and iPhone mobile phones; and  *provided phones are silenced during proceedings*

10      4.    Various office supplies such as pens, binders, notepads, etc.

11  Court staff, including Assistant U.S. Marshals on duty, is directed to allow and facilitate the

12  activities set forth above.

13  Dated: May 22, 2012           DURIE TANGRI LLP

14                      */s/Genevieve P. Rosloff*

15  By: _____
             GENEVIEVE P. ROSLOFF

16  Attorneys for Plaintiffs and

17  Counterclaim Defendants
GENENTECH, INC. and
ROCHE PALO ALTO, LLC

18

19  Dated: May 22, 2012           COZEN O'CONNOR

20                      */s/Aaron S. Lukas*

21  By: _____
             AARON S. LUKAS

22  Attorneys for Defendant and

23  Counterclaim Plaintiff
SANDOZ, INC.

24  Dated: May 22, 2012           LOCKE LORD BISSELL & LIDDELL LLP

25                      */s/ Andy J. Miller*

26  By: _____
             ANDY J. MILLER

27  Attorneys for Defendant

28  APOTEX INC.

1

2          **Attestation**

3          I, GENEVIEVE P. ROSLOFF, am the ECF User whose identification and password are being

4  used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant

5  and Counterclaim Plaintiff Sandoz, Inc. and counsel for Defendant Apotex Inc. have concurred in this

6  filing.

7                                                          */s/Genevieve P. Rosloff*
                                                      _____
8                                                          GENEVIEVE P. ROSLOFF

9  **IT IS SO ORDERED.**

10

11  DATED:   May  22, 2012
                                                      _____
12                                                     Honorable Jeffrey S. White
                                                     United States District Judge
13                                                   Northern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT ADMIN. REQ. TO BRING EQUIPMENT INTO COURTROOM FOR CLAIM CONSTRUCTION
TUTORIAL AND HEARING & PROPOSED ORDER/CASE NO. 3:11-CV-01925-JSW