IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENENTECH, INC. and ROCHE PALO ALTO LLC,

        Plaintiffs,

  v.

SANDOZ INC.,

        Defendant.

GENENTECH INC. and ROCHE PALO ALTO LLC,

        Plaintiffs,

  v.

APOTEX INC.,

        Defendant.

No. C 11-01925 JSW
No. C 11-02410 JSW

**CASE MANAGEMENT AND MAGISTRATE JUDGE REFERRAL ORDER**

    The Court has received the parties' joint case management status reports and ORDERS as follows:

    (1) all discovery-related dates are set as agreed to by the parties;

    (2) summary judgment motions (one per side) set for hearing on June 24, 2013 at 9:00 a.m.;

    (3) pretrial conference is set for July 29, 2013 at 2:00 p.m.;

    (4) jury selection on August 14, 2013 at 8:00 a.m.;

    (5) trial shall commence on August 19, 2013 at 8:00 a.m.;

    (6) all pretrial submissions in conformity with this Court's standing orders.

In addition, pursuant to Local Rule 72-1, all discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated:   August 7, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk

2