**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
STEPHEN S. RABINOWITZ
srabinowitz@friedfrank.com
RANDY C. EISENSMITH (*Pro Hac Vice*)
randy.eisensmith@friedfrank.com
ONE NEW YORK PLAZA
NEW YORK, NEW YORK 10001
Telephone: 212-859-8000
Facsimile: 212-859-4000

**DURIE TANGRI LLP**
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
GENEVIEVE P. ROSLOFF (SBN 258234)
grosloff@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Plaintiffs
GENENTECH, INC.
and ROCHE PALO
ALTO LLC

**LOCKE LORD LLP**
KEITH D. PARR (Pro Hac Vice)
kparr@lockelord.com
SCOTT B. FEDER (Pro Hac Vice)
sfeder@lockelord.com
KEVIN M. NELSON (Pro Hac Vice)
knelson@lockelord.com
MYOKA KIM GOODIN (SBN 229073)
mkgoodin@lockelord.com
DAVID B. ABRAMOWITZ (Pro Hac Vice)
dabramowitz@lockelord.com
ANDY MILLER (Pro Hac Vice)
amiller@lockelord.com
111 S. Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0700
Facsimile: 312.443.0336

MATTHEW K. BLACKBURN (SBN 261959)
mblackburn@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA 94104
Telephone: 415.318.8810
Facsimile: 415.676.5816

Attorneys for Defendant
APOTEX INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and ROCHE PALO ALTO LLC,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>APOTEX INC.<br><br>　　　　　　Defendant. | Case No. 3:11-cv-02410-JSW<br>Related Case No. 3:11-cv-01925-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER IN SUPPORT OF JOINT MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 TO AMEND THE CASE MANAGEMENT AND MAGISTRATE JUDGE REFERRAL ORDER AS AMENDED**<br><br>Ctrm: 11, 19th Floor<br>Judge: Honorable Jeffrey S. White |

All parties through their undersigned counsel, hereby submit this Stipulation and [Proposed] Order consolidating related actions and deferring Defendant's deadlines to respond to the complaints.

**RECITALS**

A. On October 28 and 29, 2012, the Eastern seaboard of the United States, including New York City, was severely affected by the high winds and storm surge caused by Hurricane Sandy.

B. The offices of Plaintiffs' counsel, located at One New York Plaza, New York, NY 10004, are in a part of the city that was evacuated on Sunday, October 28, 2012 in view of Hurricane Sandy, were flooded in the storm surge that accompanied that hurricane, and have been inaccessible since that time. The parts of New York City and New Jersey where Plaintiffs' counsel live were likewise without electrical power for a considerable time. Transportation, telephone, cell phone, and email services in those areas were also severely disrupted.

C. The disruptions caused by the immediate effects of Hurricane Sandy and by the flooding and prolonged inaccessibility of One New York Plaza, have significantly impeded and will continue to impede Plaintiffs' ability to meet the existing pretrial deadlines in this litigation.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

The following schedule, which does not change the trial date, will enable to the parties to prepare their respective cases notwithstanding the impact of Hurricane Sandy:

| EVENT | Revised Date |
|---|---|
| Close of Fact Discovery | March 1, 2013 |
| Opening Expert Reports served | March 15, 2013 |
| Rebuttal Expert Reports served | April 19, 2013 |
| Close of Expert Discovery | May 24, 2013 |
| Summary Judgment Motions Filed | No later than May 31, 2013 |
| Plaintiffs' Proposed Pretrial Order | June 21, 2013 |
| Defendant's Comments on Proposed Pretrial Order | June 28, 2013 |
| Submission of Joint Pretrial Order to Court | July 12, 2013 |
| Deadline for Motions *in Limine* | June 21, 2013 |
| Hearing Date for Summary Judgment Motions | July 8, 2013 (subject to the Court's availability) |
| Due Date for Responses to Motions *in Limine* | July 3, 2013 |
| Due Date for Reply re. Motions *in Limine* | July 12, 2013 |
| Pretrial Conference | July 29, 2013 (unchanged) |
| Trial | August 19-23, 2013 (unchanged) |

1

STIPULATION AND [PROPOSED] ORDER IN SUPPORT OF JOINT MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 TO AMEND THE CASE MANAGEMENT AND MAGISTRATE JUDGE REFERRAL ORDER / CASE NO. 3:11-CV-02410-JSW

| | |
|---|---|
| Dated: November 9, 2012 | STEPHEN S. RABINOWITZ<br>RANDY C. EISENSMITH<br>**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br><br>DARALYN J. DURIE<br>JOSHUA H. LERNER<br>GENEVIEVE P. ROSLOFF<br>**DURIE TANGRI LLP**<br><br>By: _/s/ Joshua H. Lerner_<br>     JOSHUA H. LERNER<br><br>Attorneys for Plaintiffs<br>GENENTECH, INC. and<br>ROCHE PALO ALTO LLC |
| Dated: November 9, 2012 | KEITH D. PARR<br>SCOTT B. FEDER<br>KEVIN M. NELSON<br>MYOKA KIM GOODIN<br>DAVID B. ABRAMOWITZ<br>ANDY MILLER<br>MATTHEW K. BLACKBURN<br>**LOCKE LORD LLP**<br><br>By: _/s/ Andy Miller_<br>     ANDY MILLER<br><br>Attorneys for Defendant<br>APOTEX INC. |

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Joshua H. Lerner, attest that concurrence in the filing of this document has been obtained.

_/s/ Joshua H. Lerner_
JOSHUA H. LERNER

---

2
STIPULATION AND [PROPOSED] ORDER IN SUPPORT OF JOINT MOTION FOR ADMINISTRATIVE
RELIEF PURSUANT TO L.R. 7-11 TO AMEND THE CASE MANAGEMENT AND MAGISTRATE
JUDGE REFERRAL ORDER / CASE NO. 3:11-CV-02410-JSW

**[PROPOSED] ORDER**

Having considered the Joint Motion for Administrative Relief Pursuant to L.R. 7-11 to Amend the Case Management and Magistrate Judge Referral Order submitted by Genentech, Inc., Roche Palo Alto LLC, and Apotex Inc., and having concluded that there is good cause to grant the requested relief, the motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the Case Management and Magistrate Judge Referral Order herein (ECF No. 71), issued by this Court of August 7, 2012, be amended as follows:

| EVENT | Revised Date |
|---|---|
| Close of Fact Discovery | March 1, 2013 |
| Opening Expert Reports served | March 15, 2013 |
| Rebuttal Expert Reports served | April 19, 2013 |
| Close of Expert Discovery | May 24, 2013 |
| Summary Judgment Motions Filed | No later than May 31, 2013 |
| ~~Plaintiffs' Proposed Pretrial Order~~ | ~~June 21, 2013~~ |
| ~~Defendant's Comments on Proposed Pretrial Order~~ | ~~June 28, 2013~~ |
| ~~Submission of Joint Pretrial Order to Court~~ | ~~July 12, 2013~~ |
| ~~Deadline for Motions *in Limine*~~ | ~~June 21, 2013~~ |
| Hearing Date for Summary Judgment Motions | ~~July 8, 2013~~ (subject to the Court's availability) July 12, 2013 at 9:00 a.m. |
| ~~Due Date for Responses to Motions *in Limine*~~ | ~~July 3, 2013~~ |
| ~~Due Date for Reply re. Motions *in Limine*~~ | ~~July 12, 2013~~ |
| Pretrial Conference | ~~July 29, 2013 (unchanged)~~ |
| Trial | ~~August 19-23, 2013 (unchanged)~~ |

Pretrial conference continued to October 7, 2013; jury selection set for October 23, 2013; trial continued to October 28, 2013. All pretrial submissions deadlines continued accordingly.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

DATED: November __13__, 2012

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT

3

STIPULATION AND [PROPOSED] ORDER IN SUPPORT OF JOINT MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 TO AMEND THE CASE MANAGEMENT AND MAGISTRATE JUDGE REFERRAL ORDER / CASE NO. 3:11-CV-02410-JSW