Donald L. Ridge, SBN 132171
Timothy M. Flaherty, SBN 099666
**MORRIS POLICH & PURDY LLP**
One Embarcadero Center, Suite 400
San Francisco, CA  94111
Telephone: (415) 984-8500
Facsimile:  (415) 984-8599
Email:      dridge@mpplaw.com
            tflaherty@mpplaw.com

Attorneys for Defendant
Sandoz, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH INC. and ROCHE PALO ALTO, LLC,<br><br>           Plaintiffs,<br><br>vs.<br><br>SANDOZ, INC.,<br><br>           Defendant. | Case No.: 11-cv-1925-JSW<br><br>**[PROPOSED] ORDER RELEASING SEALED TRANSCRIPT OF HEARING ON MARCH 18, 2013 TO DEFENDANT SANDOZ, INC.**<br><br>**COMPLAINT FILED:  APRIL 20, 2011** |

Timothy M. Flaherty of Morris Polich & Purdy LLP counsel for defendant Sandoz, Inc. participated in the hearing by conference-call on March 18, 2013 with Magistrate Beeler and hereby requests a copy of said transcript.  The court hereby orders release of a copy of the sealed transcript to defendant Sandoz, Inc.

IT IS SO ORDERED.

Dated: April 1, 2013                       By _____
                                              Magistrate Laurel Beeler

I054782.DOC

1

[PROPOSED] ORDER RELEASING SEALED TRANSCRIPT TO DEFENDANT SANDOZ, INC.