1   FRIED, FRANK, HARRIS, SHRIVER
     & JACOBSON LLP
2   STEPHEN S. RABINOWITZ
    srabinowitz@friedfrank.com
3   RANDY C. EISENSMITH (*Pro Hac Vice*)
    randy.eisensmith@friedfrank.com
4   ONE NEW YORK PLAZA
    NEW YORK, NEW YORK 10004-1980
5   Telephone:   (212) 859-8000
    Facsimile:    (212) 859-4000

6
    DURIE TANGRI LLP
7   DARALYN J. DURIE (SBN 169825)
    ddurie@durietangri.com
8   JOSHUA H. LERNER (SBN 220755)
    jlerner@durietangri.com
9   GENEVIEVE P. ROSLOFF (SBN 258234)
    grosloff@durietangri.com
10  217 Leidesdorff Street
    San Francisco, CA 94111
11  Telephone:   415-362-6666
    Facsimile:    415-236-6300

12
    Attorneys for Plaintiffs and Counterclaim Defendants
13  GENENTECH, INC. and ROCHE PALO ALTO LLC

14                 IN THE UNITED STATES DISTRICT COURT

15             FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and<br>ROCHE PALO ALTO, LLC,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>SANDOZ, INC.<br><br>    Defendant and Counterclaim Plaintiff. | Case No. 3:11-cv-01925-JSW (LB)<br>Related Case No. 3:11-cv-02410-JSW<br><br>[~~PROPOSED~~] **ORDER RELEASING SEALED TRANSCRIPT OF MARCH 18, 2013 HEARING TO PLAINTIFFS GENENTECH, INC. AND ROCHE PALO ALTO LLC** |

1   Stephen S. Rabinowitz of Fried, Frank, Harris, Shriver & Jacobson LLP, counsel for Plaintiffs
2   and Counterclaim Defendants GENENTECH, INC. and ROCHE PALO ALTO LLC participated in the
3   hearing by conference-call on March 18, 2013 with Magistrate Beeler and hereby requests a copy of said
4   transcript.  The Court hereby orders release of a copy of the sealed transcript to Plaintiffs and
5   Counterclaim Defendants GENENTECH, INC. and ROCHE PALO ALTO LLC.

Dated: April 1, 2013

MAGISTRATE JUDGE LAUREL BEELER

1

[PROPOSED] ORDER RELEASING SEALED TRANSCRIPT OF MARCH 18, 2013 HEARING TO PLTFS.
GENENTECH, INC. AND ROCHE PALO ALTO LLC / CASE NO. 3:11-CV-01925-JSW (LB)