UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GENENTECH INC. and ROCHE PALO ALTO LLC,<br><br>                Plaintiffs,<br>    v.<br>SANDOZ INC.,<br>                Defendant.<br>_____/ | No. C 11-01925 JSW (LB)<br><br>**ORDER RE JOINT LETTER BRIEF** |

The parties in the Sandoz case filed a joint letter brief dated March 26, 2013 that updates the court about the matters discussed at the March 18, 2013 hearing and raised initially in the joint letter brief filed on March 5, 2013. The court authorizes the new letter brief to be filed under seal. (It involves only this case and not the Apotex case.) As the court previously ordered, all matters raising the confidential information raised in the March 5 letter brief may be filed under seal. For any future letter briefs or updates, the court asks the parties to file a sealing order (and submit it to the orders box at lbpo@cand.uscourts.gov). That will maintain the appropriate public record and also provide for a faster way to file the briefs under seal.

**IT IS SO ORDERED.**

Dated: April 3, 2013

                                                          LAUREL BEELER
                                                          United States Magistrate Judge

C 11-01925 JSW (LB)
ORDER