1  FRIED, FRANK, HARRIS, SHRIVER
     & JACOBSON LLP
2  STEPHEN S. RABINOWITZ
   srabinowitz@friedfrank.com
3  RANDY C. EISENSMITH (*Pro Hac Vice*)
   randy.eisensmith@friedfrank.com
4  ONE NEW YORK PLAZA
   NEW YORK, NEW YORK 10004-1980
5  Telephone:    (212) 859-8000
   Facsimile:    (212) 859-4000
6
   DURIE TANGRI LLP
7  DARALYN J. DURIE (SBN 169825)
   ddurie@durietangri.com
8  JOSHUA H. LERNER (SBN 220755)
   jlerner@durietangri.com
9  GENEVIEVE P. ROSLOFF (SBN 258234)
   grosloff@durietangri.com
10 217 Leidesdorff Street
   San Francisco, CA  94111
11 Telephone:    415-362-6666
   Facsimile:    415-236-6300
12
   Attorneys for Plaintiffs and Counterclaim Defendants
13 GENENTECH, INC. and ROCHE PALO ALTO LLC

14              IN THE UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17 GENENTECH, INC. and                  Case No. 3:11-cv-01925-JSW (LB)
   ROCHE PALO ALTO, LLC,                Related Case No. 3:11-cv-02410-JSW
18
        Plaintiffs and Counterclaim Defendants,   **[PROPOSED] ORDER RELEASING SEALED
19                                                TRANSCRIPT OF APRIL 4, 2013 HEARING
        v.                                        TO PLAINTIFFS GENENTECH, INC. AND
20                                                ROCHE PALO ALTO LLC**
   SANDOZ, INC.
21
        Defendant and Counterclaim Plaintiff.

1 | Stephen S. Rabinowitz of Fried, Frank, Harris, Shriver & Jacobson LLP, counsel for Plaintiffs
2 | and Counterclaim Defendants GENENTECH, INC. and ROCHE PALO ALTO LLC participated in the
3 | hearing by conference-call on April 4, 2013 with Magistrate Beeler and hereby requests a copy of said
4 | transcript. The Court hereby orders release of a copy of the sealed transcript to Plaintiffs and
5 | Counterclaim Defendants GENENTECH, INC. and ROCHE PALO ALTO LLC.

Dated: April 9, 2013

MAGISTRATE JUDGE LAUREL BEELER