1  Donald L. Ridge, SBN 132171
   Timothy M. Flaherty, SBN 099666
2  **MORRIS POLICH & PURDY LLP**
   One Embarcadero Center, Suite 400
3  San Francisco, CA  94111
   Telephone:  (415) 984-8500
4  Facsimile:  (415) 984-8599
   Email:     dridge@mpplaw.com
5             tflaherty@mpplaw.com
6
7  Attorneys for Defendant
   Sandoz, Inc.
8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11
   GENENTECH INC. and ROCHE          | Case No.:  11-cv-1925-JSW
12 PALO ALTO, LLC,
                                     | **[PROPOSED] ORDER RELEASING**
13            Plaintiffs,            | **SEALED TRANSCRIPT OF HEARING ON**
                                     | **APRIL 4, 2013 TO DEFENDANT SANDOZ,**
14 vs.                               | **INC.**

15 SANDOZ, INC.,
16
              Defendant.
17

18        Timothy M. Flaherty of Morris Polich & Purdy LLP counsel for defendant Sandoz, Inc.

19 participated in the hearing by conference-call on April 4, 2013 with Magistrate Beeler and

20 hereby requests a copy of said transcript.  The court hereby orders release of a copy of the

21 sealed transcript to defendant Sandoz, Inc.

22        IT IS SO ORDERED.

23

24 Dated:  April 9, 2013            By_____
                                     Magistrate Judge Laurel Beeler
25

26

27

28

I055535.DOC                         1
       **[PROPOSED] ORDER RELEASING SEALED TRANSCRIPT TO DEFENDANT SANDOZ, INC.**