STEPHEN S. RABINOWITZ
srabinowitz@friedfrank.com
RANDY C. EISENSMITH (*Pro Hac Vice*)
randy.eisensmith@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP
ONE NEW YORK PLAZA
NEW YORK, NEW YORK 10001
Telephone:   212-859-8000
Facsimile:   212-859-4000

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
GENEVIEVE P. ROSLOFF (SBN 258234)
grosloff@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:   415-236-6300

Attorneys for Plaintiffs
GENENTECH, INC. and
ROCHE PALO ALTO LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and ROCHE PALO ALTO LLC,<br><br>                Plaintiffs,<br><br>  v.<br><br>APOTEX INC.<br><br>                Defendant. | Case No. 3:11-cv-02410-JSW<br>Related Case No. 3:11-cv-01925-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO COMPLETE EXPERT DISCOVERY BEYOND CLOSE OF EXPERT DISCOVERY DATE IN AGREED AND AMENDED CASE MANAGEMENT ORDER**<br><br>Ctrm:   11, 19th Floor<br>Judge:  Honorable Jeffrey S. White |
| GENENTECH, INC. and ROCHE PALO ALTO LLC,<br><br>                Plaintiffs,<br><br>  v.<br><br>SANDOZ INC.,<br><br>                Defendant. | |

WHEREAS, on November 13, 2012, the Court entered the parties' Stipulation and Order In Support of Joint Motion for Administrative Relief Pursuant to L.R. 7-11 to Amend the Case Management and Magistrate Judge Referral Order, by which the parties agreed to complete expert discovery by May 24, 2013 (No. 11-2410 ECF No. 80 at 3; No. 11-1925 ECF No. 96 at 3);

WHEREAS, the parties are continuing to confer in an effort to schedule the depositions of three remaining expert witnesses;

WHEREAS, the parties' request and stipulation will not impact the remaining dates in the amended Case Management and Magistrate Judge Referral Order (No. 11-2410 ECF No. 80 at 3; No. 11-1925 ECF No. 96 at 3);

WHEREAS, the parties, through counsel, stipulate that good cause exists to permit the completion of the depositions of the three remaining expert witnesses outside the agreed upon May 24, 2013 deadline in order to facilitate the schedules of witnesses and counsel.

Accordingly, by the United States District Court for the Northern District of California, it is ORDERED:

The parties shall be permitted to complete the depositions of three remaining experts outside the close of expert discovery deadline of May 24, 2013.

**Stipulated to and Agreed:**

| /s/ *Joshua H. Lerner* | /s/ *Myoka Kim Goodin* |
|---|---|
| JOSHUA H. LERNER | MYOKA KIM GOODIN |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | LOCKE LORD LLP |
| STEPHEN S. RABINOWITZ | KEITH D. PARR (*Pro Hac Vice*) |
| srabinowitz@friedfrank.com | kparr@lockelord.com |
| RANDY C. EISENSMITH (*Pro Hac Vice*) | SCOTT B. FEDER (*Pro Hac Vice*) |
| randy.eisensmith@friedfrank.com | sfeder@lockelord.com |
| One New York Plaza | MYOKA KIM GOODIN (SBN 229073) |
| New York, New York 10004-1980 | mkgoodin@lockelord.com |
| Telephone: (212) 859-8000 | DAVID B. ABRAMOWITZ (*Pro Hac Vice*) |
| Facsimile: (212) 859-4000 | dabramowitz@lockelord.com |
| | ANDY MILLER (*Pro Hac Vice*) |
| | amiller@lockelord.com |
| DURIE TANGRI LLP | 111 S. Wacker Drive |
| DARALYN J. DURIE (SBN 169825) | Chicago, IL 60606 |
| ddurie@durietangri.com | Telephone: 312.443.0700 |
| JOSHUA H. LERNER (SBN 220755) | Facsimile: 312.443.0336 |
| jlerner@durietangri.com | |
| GENEVIEVE P. ROSLOFF (SBN 258234) | MATTHEW K. BLACKBURN (SBN 261959) |
| grosloff@durietangri.com | mblackburn@lockelord.com |

1

STIP. & [PROPOSED] ORDER TO COMPLETE EXPERT DISC. BEYOND CLOSE OF EXPERT DISC. DATE IN AGREED AND AMENDED CASE MANAGEMENT ORDER / CASE NO. 3:11-CV-02410-JSW

| | |
|---|---|
| 217 Leidesdorff Street<br>San Francisco, CA  94111<br>Telephone:     415-362-6666<br>Facsimile:     415-236-6300<br><br>Attorneys for Plaintiffs<br>GENENTECH, INC. and ROCHE PALO ALTO LLC<br><br>Dated:  May 24, 2013 | 44 Montgomery Street, Suite 2400<br>San Francisco, CA 94104<br>Telephone: 415.318.8810<br>Facsimile: 415.676.5816<br><br>Attorneys for Defendant<br>APOTEX INC.<br><br>Dated:  May 24, 2013<br><br> /s/      *Timothy M. Flaherty*<br>           TIMOTHY M. FLAHERTY<br><br>RAKOCZY MOLINO MAZZOCHI<br>       SIWIK LLP<br>WILLIAM A. RAKOCZY (*Pro Hac Vice*)<br>wrakoczy@rmmslegal.com<br>DEANNE M. MAZZOCHI (*Pro Hac Vice*)<br>dmazzochi@rmmslegal.com<br>JOSEPH T. JAROS (*Pro Hac Vice*)<br>jjaros@rmmslegal.com<br>ERIC R. HUNT (*Pro Hac Vice*)<br>ehunt@rmmslegal.com<br>YIXIN H. TANG (*Pro Hac Vice*)<br>ytang@rmmslegal.com<br><br>MATTHEW V. ANDERSON (*Pro Hac Vice*)<br>manderson@rmmslegal.com<br>6 West Hubbard St., Suite 500<br>Chicago, Illinois 60654<br>Telephone:  312-527-2157<br>Facsimile:  312-527-4205<br><br>MORRIS POLICH & PURDY LLP<br>TIMOTHY M. FLAHERTY (SBN 099666)<br>tflaherty@mpplaw.com<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111-3619<br>Telephone:  415-984-8500<br>Facsimile:  415-984-8599<br><br>Attorneys for Defendant<br>SANDOZ INC.<br><br>Dated:  May 24, 2013 |

**ATTESTATION**

Pursuant to Civil L.R. 5-1, I hereby attend that concurrence in the filing of the foregoing document has been obtained from counsel for Defendant Apotex Inc. and Defendant Sandoz Inc. as indicated by a "conformed" signature (/s/).

*/s/  Joshua H. Lerner*
JOSHUA H. LERNER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this  28th  day of   May    2013:

*Jeffrey S. White*
Jeffrey S. White
United States District Judge