UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GENENTECH, INC. and ROCHE PALO ALTO, LLC,<br><br>               Plaintiffs,<br>   v.<br>SANDOZ INC.,<br>               Defendant.<br>_____/ | No. C 11-01925 JSW (LB)<br><br>**ORDER RE DISCOVERY** |

The court approves Genentech's and Sandoz's schedule for supplementing expert testimony (set forth in the parties' under-seal joint discovery letter brief filed at ECF No. 134). The parties retained their existing summary judgment briefing and hearing schedule.

After the proposed expert discovery is completed, the parties may enlist the undersigned' assistance in any scheduling and case management issues, if they think it is necessary, to develop the record in front of the district court fully before the summary hearing.

This disposes of ECF No. 134.

**IT IS SO ORDERED.**

Dated: June 12, 2013

                                                    LAUREL BEELER
                                                    United States Magistrate Judge

C 11-01925 JSW (LB)
ORDER