United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENENTECH, INC. and ROCHE PALO ALTO LLC,

   Plaintiffs,

 v.

SANDOZ INC.,

   Defendant.

GENENTECH INC. and ROCHE PALO ALTO LLC,

   Plaintiffs,

 v.

APOTEX INC.,

   Defendant.
             /

No. C 11-01925 JSW
No. C 11-02410 JSW

**ORDER CONTINUING DATES**

  Due to the Court's schedule and the volume of the parties' current submissions, the Court HEREBY ORDERS as follows:

  (1) summary judgment motions are continued to November 1, 2013 at 9:00 a.m.;

  (2) pretrial conference is continued to February 24, 2014 at 2:00 p.m.;

  (3) jury selection is continued to March 12, 2014 at 8:00 a.m.;

  (4) trial shall commence on March 17, 2014 at 8:00 a.m.;

(5) pretrial submissions shall be submitted in conformity with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: July 8, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2