United States District Court
For the Northern District of California

1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6

7 FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENENTECH, INC. and ROCHE PALO
8 ALTO LLC,

9       Plaintiffs,                   No. C 11-01925 JSW
                                  No. C 11-02410 JSW
10    v.

11 SANDOZ INC.,

12       Defendant.                     **ORDER VACATING HEARING
ON MOTIONS FOR SUMMARY
JUDGMENT**

13 GENENTECH INC. and ROCHE PALO
ALTO LLC,
14

15       Plaintiffs,

16    v.

17 APOTEX INC.,

18       Defendant.               /

19

20      Pursuant to the parties' stipulation, the hearing set for November 1, 2013 on Defendants'

21 motions for summary judgment is HEREBY VACATED and, if necessary, shall be reset by

22 further order of the Court.

23     **IT IS SO ORDERED.**

24

25 Dated:   October 25, 2013                                                    
26                                     JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

27

28