1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GENENTECH, INC. and<br>ROCHE PALO ALTO, LLC,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>SANDOZ, INC.<br><br>Defendant and Counterclaim Plaintiff. | Case No. 3:11-cv-01925-JSW (LB)<br>Related Case No. 3:11-cv-02410-JSW<br><br>**[PROPOSED] ORDER VACATING CLAIM CONSTRUCTION ORDER**<br><br>Ctrm:  11, 19th Floor<br>Judge: Honorable Jeffrey S. White |
|---|---|

1 | Pursuant to a stipulation entered into between Plaintiffs Genentech, Inc. and Roche Palo Alto
2 | LLC (collectively "Plaintiffs") and Defendant Sandoz Inc. ("Defendant") and for good cause shown
3 | under the equitable factors identified in *Ringsby Truck Lines, Inc. v. Western Conference of Teamsters*,
4 | 686 F.2d 720 (9th Cir. 1982), including "'the consequences and attendant hardships of dismissal or
5 | refusal to dismiss' and 'the competing values of finality of judgment and right to relitigation of
6 | unreviewed disputes,'" *id.* at 722, it is hereby

ORDERED, that good cause exists for vacatur of the Claim Construction Order (ECF No. 86) in light of the *Ringsby* factors; it is further

ORDERED, that the Claim Construction Order (ECF No. 86) exclusively as it relates to case no. 11-1925 JSW in this action is hereby VACATED; and it is further

ORDERED, that all future dates entered in this action are hereby vacated.

**DONE and ORDERED** in Chambers this 3rd day of ~~December 2013~~ January 2014.

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE