**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
STEPHEN S. RABINOWITZ
srabinowitz@friedfrank.com
RANDY C. EISENSMITH (*Pro Hac Vice*)
randy.eisensmith@friedfrank.com
MICHAEL A. KLEINMAN (*Pro Hac Vice*)
michael.kleinman@friedfrank.com
One New York Plaza
New York, NY 10004-1980
Telephone: 212-859-8000
Facsimile:  212-859-4000

**DURIE TANGRI LLP**
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
GENEVIEVE P. ROSLOFF (SBN 258234)
grosloff@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  415-362-6666
Facsimile:   415-236-6300

Attorneys for Plaintiffs
GENENTECH, INC. and
ROCHE PALO ALTO LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and ROCHE PALO ALTO LLC,<br><br>             Plaintiffs,<br>      v.<br><br>SANDOZ INC.,<br><br>             Defendant. | Case No.: 3:11-cv-01925-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

WHEREAS, the parties have entered into a settlement and have agreed to dismiss with prejudice all claims and counterclaims asserted in this action and that each party shall bear its own costs,

Accordingly, by the United States District Court for the Northern District of California, it is ORDERED:

All claims and counterclaims asserted in this action are dismissed with prejudice with each party to bear its own costs.

**Stipulated to and Agreed:**

| | |
|---|---|
| */s/ Joshua H. Lerner*<br>JOSHUA H. LERNER | */s/ Timothy M. Flaherty*<br>TIMOTHY M. FLAHERTY |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>STEPHEN S. RABINOWITZ<br>srabinowitz@friedfrank.com<br>RANDY C. EISENSMITH (*Pro Hac Vice*)<br>randy.eisensmith@friedfrank.com<br>MICHAEL A. KLEINMAN (*Pro Hac Vice*)<br>michael.kleinman@friedfrank.com<br>One New York Plaza<br>New York, NY 10004-1980<br>Telephone:     (212) 859-8000<br>Facsimile:     (212) 859-4000 | RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>WILLIAM A. RAKOCZY (*Pro Hac Vice*)<br>wrakoczy@rmmslegal.com<br>DEANNE M. MAZZOCHI (*Pro Hac Vice*)<br>dmazzochi@rmmslegal.com<br>JOSEPH T. JAROS (*Pro Hac Vice*)<br>jjaros@rmmslegal.com<br>ERIC R. HUNT (*Pro Hac Vice*)<br>ehunt@rmmslegal.com<br>YIXIN H. TANG (*Pro Hac Vice*)<br>ytang@rmmslegal.com<br>MATTHEW V. ANDERSON (*Pro Hac Vice*)<br>manderson@rmmslegal.com<br>6 West Hubbard St., Suite 500<br>Chicago, Illinois 60654<br>Telephone: 312-527-2157<br>Facsimile: 312-527-4205 |
| DURIE TANGRI LLP<br>DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com<br>JOSHUA H. LERNER (SBN 220755)<br>jlerner@durietangri.com<br>GENEVIEVE P. ROSLOFF (SBN 258234)<br>grosloff@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>Telephone:     415-362-6666<br>Facsimile:     415-236-6300 | MORRIS POLICH & PURDY LLP<br>TIMOTHY M. FLAHERTY (SBN 099666)<br>tflaherty@mpplaw.com<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111-3619<br>Telephone: 415-984-8500<br>Facsimile: 415-984-8599 |
| Attorneys for Plaintiffs<br>GENENTECH, INC. and ROCHE PALO ALTO LLC<br>Dated: January 7, 2014 | Attorneys for Defendant<br>SANDOZ INC.<br>Dated: January 7, 2014 |

**ATTESTATION**

Pursuant to Civil L.R. 5-1, I hereby attest that concurrence in the filing of the foregoing document has been obtained from counsel for Defendant Sandoz Inc. as indicated by a "conformed" signature (/s/).

Dated:  January 7, 2014

*/s/ Joshua H. Lerner*
JOSHUA H. LERNER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this ____ day of _____ 2014:

Jeffrey S. White
United States District Judge

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on January 7, 2014 with a copy of this document via the Court's CM/ECF system.

*/s/ Joshua H. Lerner*
JOSHUA H. LERNER
